IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00143-JLK-MJW

THOMAS MARRESE,

     Plaintiff,

vs.

SUE DUNCAN, eAUCTIONPLACE LLC, CHARLES OCKERMAN
and JULIE OCKERMAN,

         Defendants.

---

AMENDED ORDER OF DISMISSAL

---

Kane, J.

The Stipulated Motion for Entry Judgment and for Subsequent Dismissal (doc. #19), filed May 7, 2008, is GRANTED. It is

ORDERED that judgment shall enter in favor of Plaintiff and against Defendants Charles Ockerman and Julie Ockerman in the amount of $2,200.00 as set forth in the Stipulation for Entry of Judgment and Settlement Agreement. It is

FURTHER ORDERED that all claims against Defendants Sue Duncan, eAuctionplace LLC, Charles Ockerman and Julie Ockerman are DISMISSED **WITH PREJUDICE**, the parties to bear their own costs and attorney fees.

DATED this 16th day of May, 2008.

                              BY THE COURT:

                              *s/ John L. Kane*
                              John L. Kane, Senior District Judge
                              United States District Court